CIVIL, CLOSED

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00032-FCD-GGH
# Internal Use Only

Poston et v. Davol Inc.
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Gregory G. Hollows
Demand: $1,000,000,000
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 01/05/2007
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Daniel Poston** represented by **Jonathan Alan Saul**
Thomas Minder and Associates
2151 River Plaza Drive
Suite 290
Sacramento, CA 95833
916-929-4400
Email: jas@mx2law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darline Poston** represented by **Jonathan Alan Saul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Dana Alan Gausepohl-PRO HAC VICE**
Spriggs and Hollingsworth
1350 I Street
Ninth Floor
Washington, DC 20005
(202) 712-7556
Fax: (202) 682-1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis-PRO HAC VICE**
Spriggs and Hollingsworth
1350 I Street

Ninth Floor
Washington, DC 20005
(202) 898-5828
Fax: (202) 682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Franicsco, CA 94111-3993
415288-9800
Fax: 415288-9801
Email: tmf@hassard.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2007 | 1 | NOTICE of REMOVAL from Sacramento, case number 06AS04935. by Davol Inc.. (Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | 2 | CIVIL COVER SHEET by Davol Inc. (Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | 3 | CERTIFICATE of SERVICE by Davol Inc. re 2 Civil Cover Sheet, 1 Notice of Removal - ATY. (Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | 4 | STATEMENT by Defendant Davol Inc. re 2 Civil Cover Sheet, 1 Notice of Removal - ATY, 3 Certificate of Service. *Corporate Disclosure Statement* (Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | 5 | (Court only) PROCESS CREDIT CARD (Kaminski, H) (Entered: 01/05/2007) |
| 01/05/2007 | 6 | CERTIFICATE of SERVICE by Davol Inc. re 2 Civil Cover Sheet. (Frieder, Thomas) (Entered: 01/05/2007) |
| 01/05/2007 | | RECEIPT number 201 13494 for $350.00 for filing fee from Thomas M. Frieder. (Kaminski, H) (Entered: 01/05/2007) |
| | | |

| | | |
|---|---|---|
| 01/05/2007 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kaminski, H) (Entered: 01/05/2007) |
| 01/08/2007 | 8 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Davol Inc. for attorney Kirby T. Griffis to appear Pro Hac Vice. (Frieder, Thomas) (Entered: 01/08/2007) |
| 01/08/2007 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Pro Hac Vice Application in the amount of $180.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 01/08/2007) |
| 01/08/2007 | 9 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Davol Inc. for attorney Dana Alan Gausepohl to appear Pro Hac Vice. (Frieder, Thomas) (Entered: 01/08/2007) |
| 01/08/2007 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Pro Hac Vice Application in the amount of $180.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 01/08/2007) |
| 01/09/2007 | 10 | (Court only) PROCESS CREDIT CARD (Krueger, M) (Entered: 01/09/2007) |
| 01/09/2007 | | RECEIPT number 202 17141 for $360.00 for Pro Hac Vice Applications for Attorney Kirby T. Griffis and Dana Alan Gausepohl from Thomas M. Frieder. (Krueger, M) (Entered: 01/09/2007) |
| 01/10/2007 | 11 | ANSWER to COMPLAINT by Davol Inc..(Frieder, Thomas) (Entered: 01/10/2007) |
| 01/11/2007 | 12 | PRO HAC VICE ORDER 8 signed by Judge Frank C. Damrell Jr. on 1/10/07. Attorney Kirby T. Griffis-PRO HAC VICE is ADDED as counsel for defendant Davol Inc.. (Marciel, M) (Entered: 01/11/2007) |
| 01/11/2007 | 13 | PRO HAC VICE ORDER 9 signed by Judge Frank C. Damrell Jr. on 1/10/07. Attorney Dana Alan Gausepohl-PRO HAC VICE is ADDED for defendant Davol Inc.. (Marciel, M) (Entered: 01/11/2007) |
| 03/09/2007 | 14 | JOINT STATUS REPORT by Daniel Poston. (Saul, Jonathan) (Entered: 03/09/2007) |
| 03/09/2007 | 15 | CERTIFICATE of SERVICE by Daniel Poston re 14 Status Report. (Saul, Jonathan) (Entered: 03/09/2007) |

| | | |
|---|---|---|
| 03/09/2007 | 16 | NOTICE of APPEARANCE by Jonathan Alan Saul on behalf of Daniel Poston. (Saul, Jonathan) (Entered: 03/09/2007) |
| 06/28/2007 | 17 | ORDER: CASE TRANSFERRED to USDC District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (via e-mail) (Kirkpatrick, S) (Entered: 06/28/2007) |