HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3993
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendant
DAVOL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DVISION

| | |
|---|---|
| DANIEL POSTON AND DARLINE POSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL INC. A RHODE ISLAND CORPORATION, DOES 1 THROUGH 10 AND ROES 11 THROUGH 20,<br><br>Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: January 5, 2007

Respectfully submitted,

HASSARD BONNINGTON LLP

BY: /S/ Thomas M. Frieder________
Thomas M. Frieder
Attorneys for defendant
DAVOL INC.

**PROOF OF SERVICE**

**CASE NAME:** **Poston vs. Davol Inc.**

**COURT:** **United States District Court, Eastern District of California**

**CASE NUMBER:**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action. I am employed in the City and County of San Francisco, California, and my business address is Two Embarcadero Center, Suite 1800, San Francisco, California 94111-3993. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date last written below, following ordinary business practice, I served the following document(s):

**CORPORATE DISCLOSURE STATEMENT**

on the parties in this action, through their attorneys of record, by placing true and correct copies thereof in sealed envelope(s) addressed as shown on the attached Service List for service as designated below:

(1) (By First Class Mail) I placed, on the date shown below, at my place of business, a true copy thereof, enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed to those listed on the attached Service List.

(2) (By Hand) Pursuant to Code of Civil Procedure §1011, I directed each envelope to the party(ies) so designated on the attached Service List to be delivered by courier this date.

(3) (By US Postal Express Mail) Following ordinary business practice, I caused each such envelope, with Express Mail postage thereon fully prepaid, to be placed in the United States Express Mail depository, at San Francisco, California, for next day delivery.

(4) (By Federal Express) Following ordinary business practice, I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express agent at Federal Express Corporation at San Francisco, California, for next business day delivery.

(5) (By Special Courier) I caused each such envelope, with shipping charges fully prepaid, to be delivered to _________________, at ___________________________, California, for next business day delivery.

(6) (By Facsimile) I transmitted to the parties listed on the attached Service List at approximately ______ m. on the date listed below, the aforementioned documents by facsimile machine (415) 288-9801, to the fax numbers so indicated, pursuant to California Rules of Court, Rule 2008. The facsimile machine I used complied with Rule 2003, the transmission was reported as complete and no error was reported by the machine. I caused the machine to print a transmission record, a copy of which is attached to the proof of service.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed on **January 5, 2007** at San Francisco, California.

Esther Hom

SERVICE LIST

| Name | Type of Service |
| --- | --- |
| Thomas Minder, Esq.<br>Jonathan Saul, Esq.<br>THOMAS MINDER & ASSOCIATES<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 | (1) By First Class Mail |

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed on **January 5, 2007** at San Francisco, California.

Esther Hom

SERVICE LIST

| Name | Type of Service |
| --- | --- |
| Thomas Minder, Esq.<br>Jonathan Saul, Esq.<br>THOMAS MINDER & ASSOCIATES<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 | (1) By First Class Mail |