**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

Daniel and Darline Poston

Plaintiff(s),

Case No. 2:07-CV-00032-FCD-GGH

v.

Davol Inc.

Defendant(s).

I, Kirby T. Griffis,

attorney for Davol Inc.,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Spriggs & Hollingsworth

Address: 1350 I Street

9th Floor

City: Washington

State: DC ZIP Code: 20005

Voice Phone: ( 202 ) 898-5828

FAX Phone: ( 202 ) 682-1639

Internet E-mail: kgriffis@spriggs.com

Additional E-mail: ____________

I reside in City: Alexandria State: VA

I was admitted to practice in the Supreme Court of Virginia (court) on October 1995 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

________________________________________

________________________________________

________________________________________ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:


Name: Thomas M. Frieder

Firm Name: Hassard Bonnington LLP

Address: Two Embarcadero Center
Suite 1800

City: San Francisco

State: CA ZIP Code: 94111

Voice Phone: ( 415 ) 288-9800

FAX Phone: ( 415 ) 288-9801

E-mail: tmf@hassard.com


Dated: 1/3/2007 Petitioner: /s/ Kirby T. Griffis

**ORDER**

IT IS SO ORDERED.

Dated: January 10, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE